UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIMON ISAKOV, *on behalf of himself and all others similarly situated*,

                    **Plaintiff,**

-against-

I.M.A. ESCAPE, LLC,

                    **Defendant.**

1:25-cv-02474 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    June 5, 2025
              New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**